UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| THOMAS LEE McALPINE | ) | Case No. 13-33464 |
| | ) | Chapter 7/crd |
| | ) | |
| Debtor | ) | |
| | ) | |
| INDIANA INSURANCE CO. | ) | Adv. Proc. No. 14-3011 |
| a/s/o LaPorte Community Schools | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS LEE McALPINE | ) | |
| | ) | |
| Defendant | ) | |

## SCHEDULING ORDER FOR DISCHARGEABILITY PROCEEDING

Based upon a review of the pleadings in this matter, it appears that a scheduling or pre-trial conference may be unnecessary.

Therefore, absent further order of the court, the following schedule shall control the course of this case:

1. The initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) shall be made on or before May 1, 2014.

2. The disclosure of expert testimony required by Federal Rule of Civil Procedure 26(a)(2) shall be made no later than May 19, 2014.

3. No later than thirty (30) days prior to the close of discovery, the parties shall jointly file a report indicating whether this matter may be submitted to voluntary mediation (or another form of alternative dispute resolution). In the event they agree to attempt mediation, this report shall propose any changes to the litigation schedule that may be reasonably necessary to allow mediation to proceed and be accompanied by a proposed order. If the parties have selected a mediator, the report shall also identify the mediator.

4. All discovery shall be completed by June 9, 2014.

5. The parties shall file a joint proposed pre-trial order by July 9, 2014.

6. Upon approval of the pre-trial order, the issues raised in this proceeding will be set for trial by separate order.

Counsel for the parties shall, by April 24, 2014, participate in a conference to discuss the issues raised in

this proceeding, discovery, and the schedule set forth above. If, as a result of this conference, a pre-trial conference or a change in the schedule set forth above is considered appropriate, the parties shall, by May 1, 2014, file either a joint motion requesting a conference with the court or a scheduling stipulation.

  Should the parties determine that this matter can be submitted without trial, they shall file appropriate stipulations of fact and a proposed briefing schedule on or before the date the pre-trial order is due.

  SO ORDERED.

Dated:  4-10-14

            /s/ HARRY C. DEES, JR.
            HARRY C. DEES, JR., JUDGE
            UNITED STATES BANKRUPTCY COURT